DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RAVI T. NARAYAN (IABN AT0011948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7369
    FAX: (415) 436-7243
    Ravi.Narayan@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| BABAK BROUMAND, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on April 24, 2020, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐    Indictment

☐    Information

**X**    **Criminal Complaint**

☐    Other (describe) _____

pending in the Central District of California, Case Number 2:20-mj-01777.

In that case (copy of complaint attached), the defendant is charged with a violation of Title United States Code, Section 371.

Description of Charges: Conspiracy to Commit Bribery of Public Official

    The maximum penalties are as follows:

        Imprisonment:  5 years

        Supervised Release:  3 years

        Fine:  $250,000

        Special Assessment:  $100

Respectfully Submitted,

DAVID L. ANDERSON
UNITED STATES ATTORNEY

Date:  4/26/20

/s/
RAVI T. NARAYAN
Assistant United States Attorney